UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 04814
    RONNIE PITTMAN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-9790
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/30/06 and confirmed on 07/12/06.

2. The case was dismissed after confirmation, 02/08/2008.

3. The Debtor paid a total of $ 2092.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CYNTHIA PITTMAN | CHILD SUPPORT | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 865.61 | .00 | .00 |
| CB USA INC | UNSECURED | 77.27 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | .00 | .00 | .00 |
| FIRST FINANCIAL ASSET MG | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET MUNICIPAL EMPLOYE | SPECIAL CLASS | 2576.61 | .00 | .00 |
| LOYOLA UNIVERSITY MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| MCSI | UNSECURED | 200.00 | .00 | .00 |
| JOHN C DENT | REIMBURSEMENT | 124.00 | .00 | 124.00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 18322.29 | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | 6669.48 | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | 559.27 | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 585.89 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | 788.90 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 124.00 | 30645.32 | .00 | 30769.32 |
| PRINCIPAL PAID | .00 | 124.00 | .00 | .00 | 124.00 |

```
INTEREST PAID                      .00         .00          .00          .00          .00
TOTAL PAID                         .00      124.00          .00          .00       124.00
```

The Debtor's attorney, JOHN C DENT                       , was allowed $   3000.00 and was paid $   1883.84 .

The Trustee received $      84.16 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE